THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS HERRING, Appellant.

Submitted August 15, 2011; decided September 13, 2011

Motion for assignment of counsel granted and Diane E. Selker, Esq., 701 Nelson Avenue, Peekskill, New York 10566 assigned as counsel to the appellant on the appeal herein.